FILED
JUN 30 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR2173-IEG |
|---|---|
| Plaintiff, | ) |
| | ) **I N F O R M A T I O N** |
| v. | ) |
| | ) Title 8, U.S.C., Sec. 1325 - |
| SERGIO RAMOS-LOPEZ, | ) Illegal Entry (Misdemeanor); |
| | ) Title 8, U.S.C., Sec. 1325 - |
| | ) Illegal Entry (Felony); |
| Defendant. | ) Title 8, U.S.C., Sec. 1325 - |
| | ) Illegal Entry (Felony) |

The United States Attorney charges:

Count 1

On or about 5/7/08, within the Southern District of California, defendant SERGIO RAMOS-LOPEZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//
//
//

JPME:lg:San Diego
6/13/08

## Count 2

On or about 5/13/08, within the Southern District of California, defendant SERGIO RAMOS-LOPEZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

## Count 3

On or about June 1, 2008, within the Southern District of California, defendant SERGIO RAMOS-LOPEZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: June 30, 2008.

KAREN P. HEWITT
United States Attorney

JAMES P. MELENDRES
Assistant U.S. Attorney